## Eaton *v.* New York Life Insurance Company of New York, Appellant.

Argued April 25, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, MAXEY and DREW, JJ.

*Arthur G. Dickson,* with him *Rockwell & Rockwell* and *Louis H. Cooke,* for appellant.

*G. Mason Owlett,* with him *Charles G. Webb,* for appellee.

PER CURIAM, May 29, 1935:

This appeal is from the second trial of this case. The trial judge carefully followed our opinion handed down in the first appeal (315 Pa. 68). Hence there is no reason to disturb the judgment or repeat what we have already said.

Judgment affirmed.